CARTER C. WHITE, SBN # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu

Attorney for Plaintiff, ROBERT D. FRANKLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT D. FRANKLIN**,<br><br>                           Plaintiff,<br><br>          v.<br><br>**WHITTEN, et al.**,<br><br>                           Defendants. | Case No. 2:12-CV-2647-TLN-JFM (PC)<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO WITHDRAW HIS MOTION FOR LEAVE TO AMEND COMPLAINT WITHOUT PREJUDICE** |

On March 21, 2013, Plaintiff Robert D. Franklin filed a pleading seeking to amend the complaint in this action to include allegations of harassment and retaliation against officials at Avenal State Prison, Warden Wofford, Correctional Officer Ruiz, and Correctional Officer Villagrana, for incidents alleged to have occurred at Avenal State Prison. (ECF No. 12). The parties hereby stipulate and ask the Court to enter as an Order that Plaintiff be allowed to withdraw his motion for leave to amend, and that the motion be denied without prejudice to Plaintiff filing another action against the above Defendants in an appropriate venue at a later date.

The purpose of this stipulation is that the parties have reached a settlement agreement involving the claims in the Plaintiff's Original Complaint in this action (ECF No. 1), as well as in another action of the Plaintiff, No. 2:07-cv-0656 JAM CKD, *Franklin v. Butler, et al.*, United

States District Court for the Eastern District of California.  The parties' global settlement of these two cases is contingent on the Court granting this stipulation.

It is so stipulated.

Dated: April 24, 2013     /S/ *Carter C. White*
Carter C. White
*Counsel for Plaintiff Robert D. Franklin*

Dated: April 24, 2013     /S/ *Misha D. Igra*
Misha D. Igra
Supervising Deputy Attorney General
*Counsel for Defendants Whitten and Marin*

In accordance with the parties' stipulation, the Plaintiff's motion for leave to amend complaint, filed March 21, 2013 (ECF No. 12) is denied without prejudice.

DATED: April 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

fran2647.ord