KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-5388
 Facsimile:  (916) 324-5205
*Attorneys for Defendants Whitten and Marin*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT DUANE FRANKLIN**, <br><br> Plaintiff, <br><br> v. <br><br> **A.H. WHITTEN, et al.**, <br><br> Defendants. | Case No. 2:12-cv-2647 JFM (PC) <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Robert Duane Franklin and Defendants Whitten and Marin have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This voluntary dismissal, however, does not affect Plaintiff's ability to file a new action against the officials identified in his motion to amend the complaint, as agreed upon by the parties in the stipulated order filed April 29, 2013 at docket 21.

Except as provided in their settlement agreement, each party shall bear its own litigation costs and attorney's fees.

The parties so stipulate.

Dated:  5/17/13          */s/ Carter C. White (as authorized on 5/17/13)*
                          Carter C. White
                          *Counsel for Plaintiff Robert D. Franklin*

1

| | | |
|---|---|---|
| 1 | Dated: 5/20/13 | /s/ *Misha D. Igra* |
| 2 | | Misha D. Igra |
| | | Supervising Deputy Attorney General |
| 3 | | *Attorney for Defendants Whitten and Marin* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: May 24, 2013

Troy L. Nunley
United States District Judge